```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JOSEPH A. THOMAS,                       :
                                        :
    Plaintiff,                         :
                                        :
vs.                                     :      CIVIL ACTION 12-0180-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                         :

<u>JUDGMENT</u>

    It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Joseph A. Thomas.

    DONE this 28th day of November, 2012.

                                                <u>s/BERT W. MILLING, JR.</u>
                                                UNITED STATES MAGISTRATE JUDGE